IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ANGELA PERRY, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-2462-M-BK |
| | § | |
| IRVING INDEPENDENT SCHOOL | § | |
| DISTRICT, ET AL. | § | |
| DEFENDANTS. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

This action is **DISMISSED WITH PREJUDICE** for want of prosecution.

**SO ORDERED** this 15th day of March, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE